**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 15-7320**

———————

UNITED STATES OF AMERICA,

            Plaintiff - Appellee,

      v.

RAYMOND EDWARD CHESTNUT, a/k/a Snoop, a/k/a Ray,

            Defendant - Appellant.

———————

Appeal from the United States District Court for the District of
South Carolina, at Florence.  R. Bryan Harwell, District Judge.
(4:05-cr-01044-RBH-1)

———————

Submitted:  December 15, 2015      Decided:  December 18, 2015

———————

Before GREGORY and FLOYD, Circuit Judges, and DAVIS, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Raymond Edward Chestnut, Appellant Pro Se.   Arthur Bradley
Parham, Assistant United States Attorney, Florence, South
Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raymond Edward Chestnut appeals the district court's order denying relief on his motion for reduction in sentence pursuant to 18 U.S.C. § 3582(c)(2) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED